1  PETER A. LINDH (061907)
   MARKER E. LOVELL, JR. (208659)
2  GIBSON ROBB & LINDH LLP
   100 First Street, 27th Floor
3  San Francisco, CA  94105
   Telephone:  (415) 348-6000
4  Facsimile:  (415) 348-6001

5  Attorneys for Petitioner
   BURCHELL ENTERPRISES, INC.
6

7

8

9                      UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11

12

13 | In the Matter of Petitioner BURCHELL    )  Case No. C 04 5193 SBA
   | ENTERPRISES, INC. as Owners of F/V      )
14 | MARIAN ANN for Exoneration from and/or  )  [PROPOSED] ORDER GRANTING
   | Limitation of Liability                 )  PETITION FOR EXONERATION
15 |                                         )  FROM LIABILITY
   |                                         )
16 |                                         )
   |                                         )  Date:       September 20, 2005
17 |                                         )  Time:       1:00 p.m.
   |                                         )  Courtroom:  3, 3rd Floor
18 |                                         )
   |                                         )
19 | _____ )

20        Petitioner, BURCHELL ENTERPRISES, INC.'s Motion for an Order granting

21 exoneration from liability came on for hearing before the Honorable Saundra Brown Armstrong

22 on September 20, 2005 in the above-entitled Court, the Court finds that there are no remaining

23 legally cognizable claims contesting Petitioner's right to exoneration from liability.  Thus, the

24 Court finds that BURCHELL ENTERPRISES, INC. is entitled to judgment as a matter of law.

25 The Court further finds that any other claims against Petitioner are neither permissible nor

26 necessary in light of the settlement between BURCHELL ENTERPRISES, INC., Jennifer Mogg

27 and Teena Alvarado, individually and on behalf of their minor children.  The Court further finds

28 that pursuant to F.R.C.P. Rule 54(b) that there is no reason for delay in entry of judgment.

1     IT IS HEREBY ORDERED, JUDGED AND DECREED AS FOLLOWS:

2     Petitioner's Motion for an order granting Petitioner exoneration from liability for

3 damages, for any and all losses, injuries and/or deaths that occurred on or about September 22,

4 2004 as granted; and the clerk is expressly directed to enter judgment in favor of Petitioner.

5

6 Dated: _____   *Saundra B Armstrong*
                                  SAUNDRA BROWN ARMSTRONG
                                  UNITED STATES DISTRICT COURT
7                                   NORTHERN DISTRICT OF CALIFORNIA